IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| NATE DOUGLAS, ET AL., | * |
| Plaintiffs, | * |
| vs. | *   No. 4:09CV00652 SWW |
| FIRST STUDENT, INC., | * |
| Defendant. | * |

## Order

Before the Court is defendant's motion to strike plaintiffs' reply brief or in the alternative for leave to file sur-reply. The Court grants the motion to file a sur-reply [docket entry 109]. Defendant is ordered to file its sur-reply within seven [7] days from the date of entry of this Order and shall limit its reply to no more than ten pages. No further pleadings on the motion to file a second amended complaint will be permitted.

SO ORDERED this 3rd day of September, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE