IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NATE DOUGLAS, THOMAS DERICO, LISA, SMITH, and LEROY ROBINSON, individually and on behalf of all persons similarly situated, | : : : : | Civil No. 4:09-CV-0652-SWW |
| Plaintiffs, | : : | |
| v. | : : | |
| FIRST STUDENT, INC., | : : | |
| Defendant. | : : | |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Extend Remaining Deadlines in Scheduling Order. Upon consideration of the parties' motion and the representations made therein, the Court **GRANTS** the parties' joint motion.[1] The deadlines set in the Court's Amended Final Scheduling Order are extended by a period of thirty (30) days as follows:

1. **DISCOVERY COMPLETION**

**All discovery, including evidentiary depositions,** shall be completed **no later than November 25, 2010.** Parties may conduct discovery beyond this date if all parties are in agreement to do so; h*owever, the Court will not be available to resolve any disputes which arise during the course of this extended discovery.*

*Expert reports are due December 9, 2010; Expert depositions to be completed by December 24,2010; Expert rebuttal reports due December 31, 2010.*

2. **MOTIONS DEADLINES**

   a. Plaintiffs' motion for class certification shall be filed by ***December 9, 2010;***

   b. Defendant's motion for decertification of the FLSA Class shall be filed by ***December 9, 2010;***

---

[1] Docket entry 112.

      c.    All other motions, including motions for summary judgment, motions to dismiss, and motions pursuant to *Daubert v. Merrell Dow Pharmaceuticals,* 509 U.S. 579 (1993), shall be filed by ***January 4, 2011; response shall be filed within 14 days; reply shall be filed within 7 days;*** and Motions in limine shall be filed within the ***10 calendar days*** prior to trial; however, all motions shall be filed ***no later than 3:00 p.m. on Friday*** prior to the trial date;

IT IS SO ORDERED this 6th day of October, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE