IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NATE DOUGLAS, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:09CV00652 SWW |
| | * | |
| FIRST STUDENT, INC., | * | |
| | * | |
| Defendant. | * | |

## Order

In response to a letter the parties addressed to the Court on February 6, 2011, the Court suggests they allow Dwayne Holmes, an unrepresented witness, until February 14, 2011, to obtain counsel to represent him in a related matter. After that date, the Court finds it reasonable for the parties to notice Holmes's continued deposition.. As stated in the Final Amended Scheduling Order, the Court is available to resolve any disputes that may arise prior to the discovery deadline of March 10, 2011.

DATED this 7th day of February, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE