IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NATE DOUGLAS, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:09CV00652 SWW |
| | * | |
| FIRST STUDENT, INC., | * | |
| | * | |
| Defendant. | * | |

**CERTIFICATION ORDER**

Pursuant to Rule 6-8 of the Rules of the Supreme Court of the State of Arkansas, this Court certifies to the Supreme Court of Arkansas a question of law which may be determinative of claims in this case and as to which it appears there is no controlling precedent in the decisions of the Supreme Court of Arkansas.

**QUESTION OF LAW TO BE ANSWERED**

What is the appropriate statute of limitations for a violation of the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201 *et seq.*?

**FACTS RELEVANT TO THE QUESTION**

Plaintiffs are employees or former employees of First Student, Inc., who bring *inter alia* a proposed class action asserting a violation of the AMWA. Apparently proceeding under the belief that the appropriate statute of limitations is three years, plaintiffs pursued their claims through the discovery phase. After learning about an Arkansas Department of Labor opinion letter dated October 27, 2010, that concluded that five years is the applicable statute of limitations period for

private actions to recover back wages under the AMWA,[1] plaintiffs seeks to amend their complaint to include an additional two-year period.

It appears to the Court that there is no controlling precedent in the decisions of the Arkansas Supreme Court on the issue of the appropriate statute of limitations.

## REFORMULATION OF THE QUESTION

The United States District Court hereby acknowledges that the Supreme Court of Arkansas, acting as the receiving court, may reformulate the question presented.

## COUNSEL OF RECORD AND PARTIES

**Attorneys for Plaintiffs**

C Christopher Brown
Brooke E. Lierman
Brown, Goldstein & Levy LLP
120 East Baltimore Street
Suite 1700
Baltimore, MD 21202
410-962-1030
Email:ccb@browngold.com
Email:blierman@browngold.com

Carolyn N. Cottrell
Clint J. Brayton
Todd M. Schneider
William H. Willson, IV
Schneider Wallace Cottrell Brayton Konecky LLP
180 Montgomery Street
Suite 2000
San Francisco, CA 94104
415-421-7100
Email:ccottrell@schnneiderwallace.com
Email:cbrayton@schneiderwallace.com
Email:tschneider@schneiderwallace.com
Email:wwillson@schneiderwallace.com

---

[1] *See* Ex. A, Def's. Resp. in Opposition to Pls.' Mot. for Leave to Amend Compl.

John L. Burnett
Lavey & Burnett
Post Office Bos 2657
Little Rock, AR 72203-2657
501-376-2269
Email:jburnett@laveyandburnett.com

Sarah Schalman-Bergen
Shanon J. Carson
Berger & Montague P.C.
1622 Locust Street
Philadelphia, PA 19103
215-875-4656
Email:sschalman-bergen@bm.net
Email:scarson@bm.net

**Attorneys for Defendant, First Student Inc.**

Eric R. Magnus
Justin R. Barnes
L. Dale Owens
Stephen X. Munger
Gregory L. Smith, Jr.
Owen T. Hill
Jackson Lewis LLP - Atlanta
1155 Peachtree Street, NE
Suite 1000
Atlanta, GA 30309-3600
404-525-8200
Email:magnuse@jacksonlewis.com
Email:barnesjr@jacksonlewis.com
Email:owensd@jacksonlewis.com
Email:mungers@jacksonlewis.com
Email:smithg@jacksonlewis.com
Email:hillo@jacksonlewis.com

Paul D. Waddell
Barrett & Deacon, P.A. - Jonesboro
Post Office Box 1700
Jonesboro, AR 72403-1700
870-931-1700
Email: pwaddell@barrettdeacon.com

The Clerk of the Court is hereby directed to forward this Order to the Supreme Court of the State of Arkansas under his official seal.

IT IS SO ORDERED this 1st day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE