IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NATE DOUGLAS, ET AL., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | No. 4:09CV00652 SWW |
| | * | |
| FIRST STUDENT, INC., | * | |
| | * | |
| Defendant. | * | |

**Order**

The Court hereby stays the proceedings in this action until the Supreme Court of Arkansas either declines to answer or answers the question certified by Order of this Court. The Court then will enter a new Scheduling Order.

DATED this 4th day of April, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE