FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 2 2 2011
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# SUPREME COURT OF ARKANSAS

No. 11-361

| | |
|---|---|
| NATE DOUGLAS, ET AL., | Opinion Delivered April 21, 2011 |
| PETITIONERS, | REQUEST TO CERTIFY QUESTION OF LAW, |
| VS. | |
| FIRST STUDENT, INC., | |
| RESPONDENT, | CERTIFIED QUESTION ACCEPTED. |

## PER CURIAM

In accordance with section 2(D)(3) of Amendment 80 to the Arkansas Constitution and Rule 6-8 of the Rules of the Supreme Court and Court of Appeals of the State of Arkansas, Honorable Susan Webber Wright of the United States District Court for the Eastern District of Arkansas filed a motion and certification order with our clerk on April 6, 2011. The certifying court requests that we answer a question of law that may be determinative of a cause now pending in the certifying court, and it appears to the certifying court that there is no controlling precedent in the decisions of the Arkansas Supreme Court.

After a review of the certifying court's analysis and explanation of the need for this court to answer the question of law presently pending in that court, we accept certification of the following question, as herein formulated:

> 1) What is the statute of limitations for causes of action involving the violation of the Arkansas Minimum Wage Act, codified at Arkansas Code Annotated section 11-4-201, *et seq.*?

This per curiam order constitutes notice of our acceptance of the certification of the question of law. For purposes of the pending proceeding in this court, the following requirements are imposed:

    A. Time limits under Ark. Sup. Ct. R. 4-4 will be calculated from the date of this per curiam order accepting certification. The plaintiffs in the underlying action, Nate Douglas and others, are designated the moving party and will be denoted as the "Petitioners," and their brief is due thirty days from the date of this per curiam; the defendant, First Student, Inc., shall be denoted as the "Respondent," and its brief shall be due thirty days after the filing of Petitioners' brief. Petitioners may file a reply brief within fifteen days after Respondents' brief is filed.

    B. The briefs shall comply with this court's rules as in other cases except for the briefs' content. Only the following items required in Ark. Sup. Ct. R. 4-2(a) shall be included:

    (3) Point on appeal which shall correspond to the certified question of law to be answered in the federal district court's certification order.

    (4) Table of authorities.

    (6) Statement of the case which shall correspond to the facts relevant to the certified question of law as stated in the federal district court's certification order.

    (7) Argument.

    (8) Addendum.

    (9) Cover for briefs.

    C. Oral argument will only be permitted if this court concludes that it will be helpful for presentation of the issue.

    D. Ark. Sup. Ct. R. 4-6 with respect to amicus curiae briefs will apply.

    E. This matter will be processed as any case on appeal.

    F. Rule XIV of the Rules Governing Admission to the Bar shall apply to the attorneys for the Petitioners and Respondents.

Pursuant to Arkansas Supreme Court Rule 6-8(d), we request that the parties include in an Addendum the following pleadings; the complaint, the answer, if any; the motion to dismiss; and any responses, replies, and briefs in support thereof. In addition, if the parties believe that any additional pleadings will be useful to our understanding of the legal issues presented in this certified question, those pleadings should be included as well.

Certified Question Accepted.

𝔒𝔣𝔣𝔦𝔠𝔢 𝔬𝔣 𝔱𝔥𝔢 ℭ𝔩𝔢𝔯𝔨

𝔏𝔢𝔰𝔩𝔦𝔢 𝔚. 𝔖𝔱𝔢𝔢𝔫        𝔖𝔲𝔭𝔯𝔢𝔪𝔢 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔱𝔥𝔢 𝔖𝔱𝔞𝔱𝔢 𝔬𝔣 𝔄𝔯𝔨𝔞𝔫𝔰𝔞𝔰
ℭ𝔩𝔢𝔯𝔨        𝔄𝔯𝔨𝔞𝔫𝔰𝔞𝔰 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
𝔍𝔲𝔰𝔱𝔦𝔠𝔢 𝔅𝔲𝔦𝔩𝔡𝔦𝔫𝔤
625 𝔐𝔞𝔯𝔰𝔥𝔞𝔩𝔩 𝔖𝔱𝔯𝔢𝔢𝔱
𝔏𝔦𝔱𝔱𝔩𝔢 ℜ𝔬𝔠𝔨, 𝔄𝔯𝔨𝔞𝔫𝔰𝔞𝔰 72201

**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 22 2011

JAMES W. McCORMACK, CLERK
By:_____ DEPUTY

April 21, 2011


James W. McCormack, Clerk
United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Room A149
Little Rock, Arkansas 72201


RE: 11 00361
Nate Douglas et al. v.
First Student, Inc.
(4:09CV00652 SWW)

Dear Mr. McCormack:

    The Arkansas Supreme Court issued the following order today in the above styled case:

    "Motion to certify question of law. Certified question accepted. See per curiam this date."

    Petitioners' brief is due by May 21, 2011; respondent's brief shall be due thirty days after the filing of petitioners' brief. Petitioners may file a reply brief within fifteen days after respondent's brief is filed.

                                                     Sincerely,

                                                     Leslie W. Steen, Clerk

LWS:hml
Enclosure
cc/encl:    John Lindsay Burnett, Jr.
               Paul D. Waddell
               Hon. Susan Webber Wright
               Out-of-State Counsel of Record