# IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| NATE DOUGLAS, THOMAS DERICO, LISA, SMITH and LEROY ROBINSON, individually : and on behalf of all persons similarly situated | * * * * * * | |
| Plaintiffs | * * | NO: 4:09CV0652 SWW |
| V. | * | |
| FIRST STUDENT, INC. | | |
| Defendant | | |

## ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINES FOR MOTIONS FOR SUMMARY JUDGMENT, PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, DEFENDANT'S MOTION FOR DECERTIFICATION OF THE FLSA CLASS, AND SUBMISSION OF EXPERT REPORTS ON THE ISSUE OF LIABILITY

The parties' Joint Motion to Extend the Deadlines for Motions for Summary Judgment, Plaintiffs' Motion for Class Certification, Defendant's Motion for Decertification of the FLSA Class, and Submission of Expert Reports on the Issue of Liability [Docket No. 151] is granted, and deadlines established in the Court's Order of December 2, 2011 [Docket No. 148] are hereby extended as follows:

| | | |
|---|---|---|
| a. | Motions for summary judgment due | March 1, 2012 |
| b. | Plaintiffs' motion for class certification and expert reports in support thereof due | March 1, 2012 |
| c. | Defendant's motion to decertify the FLSA Class and expert reports in support thereof due | March 1, 2012 |

| | | |
|---|---|---|
| d. | Opposition to Plaintiffs' motion for class certification and rebuttal expert reports on the issue of liability due | April 2, 2012 |
| e. | Opposition to Defendant's motion to decertify the FLSA Class and rebuttal expert reports on the issue of liability due | April 2, 2012 |
| f. | Reply in support of Plaintiffs' motion for class certification due | April 16, 2012 |
| g. | Reply in support of Defendant's motion to decertify the FLSA Class due | April 16, 2012 |

IT IS SO ORDERED THIS 26th DAY OF JANUARY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE