**THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **NATE DOUGLAS, THOMAS DERICO, LISA SMITH, and LEROY ROBINSON, individually and on behalf of all persons similarly situated.** ) ) ) ) ) | **Civil Action No.: 4:09-cv-0652-BSM** |

**NATE DOUGLAS, THOMAS
DERICO, LISA SMITH, and LEROY
ROBINSON, individually and on behalf
of all persons similarly situated.**                )          **Civil Action No.: 4:09-cv-0652-BSM**
                                                              )
                                                              )
                                                              )
                                                              )
            **Plaintiffs,**                              )
                                                              )
        **v.**                                              )
                                                              )
**FIRST STUDENT, INC.,**                        )
                                                              )
            **Defendant.**                            )
                                                              )

**NOTICE OF FILING COMPREHENSIVE INDEX OF EVIDENCE IN SUPPORT
OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER
FED. R. CIV. P. 23; MOTION FOR PARTIAL SUMMARY JUDGMENT;
AND MOTION FOR SPOLIATION SANCTIONS BASED ON
DESTRUCTION OF EVIDENCE; AND FOR THE APPLICATION OF
*ANDERSON V. MT. CLEMENS POTTERY* BURDEN-SHIFTING AT TRIAL**

**(VOLUME VIII)**

On March 1, 2012, Plaintiffs will be filing the following Motions:

- Motion for Class Certification Under Fed. R. Civ. P. 23;

- Motion for Partial Summary Judgment; and

- Motion for Spoliation Sanctions Based on Destruction of Evidence; and for the
  Application of *Anderson v. Mt. Clemens Pottery* Burden-Shifting at Trial.

Now, with the consent of the Court, and pursuant to the instructions of the Court's

electronic case filing ("ECF") filing clerk, Plaintiffs submit this Comprehensive Index of

Evidence in support of each of those Motions.  The aim of this Comprehensive Index of

Evidence is to provide the Court with a single volume of evidence that it may consult

when deciding each of the aforementioned Motions.

The exhibits attached to this Comprehensive Index of Evidence are as follows:

Attached hereto as **Exhibit 1** is the Declaration of Carolyn H. Cottrell Authenticating Exhibits Attached to Comprehensive Index of Evidence.

Attached hereto as **Exhibits 2 to 108** are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 2: | Excerpts from the Deposition of Thomas Abbot, October 18, 2010 |
| Exhibit 3: | Excerpts from the Deposition of O'Mera Beavers, October 19, 2010 |
| Exhibit 4: | Excerpts from the Deposition of Tanya Bell, January 19, 2011 |
| Exhibit 5: | Excerpts from the Deposition of Ray Charles Branch, Jr., October 19, 2010 |
| Exhibit 6: | Excerpts from the Deposition of Roy Burnley, October 12, 2010 |
| Exhibit 7: | Excerpts from the Deposition of Sheila Carter, December 17, 2010 |
| Exhibit 8: | Excerpts from the Deposition of Thomas Derico, July 16, 2010 |
| Exhibit 9: | Excerpts from the Deposition of Thomas Derico, March 3, 2011 |
| Exhibit 10: | Excerpts from the Deposition of Dylan Dixon, October 18, 2010 |
| Exhibit 11: | Excerpts from the Deposition of Lashe Dixon, October 18, 2010 |
| Exhibit 12: | Excerpts from the Deposition of Nathaniel Douglas, July 15, 2010 |
| Exhibit 13: | Excerpts from the Deposition of Nathaniel Douglas, March 3, 2011 |

Exhibit 14:     Excerpts from the Deposition of Melvin Furlough, October 21, 2010

Exhibit 15:     Excerpts from the Deposition of Patrick Giblin, December 15, 2010

Exhibit 16:     Excerpts from the Deposition of Charles Gooden, October 21, 2010

Exhibit 17:     Excerpts from the Deposition of Danny Guerdon, January 19, 2011

Exhibit 18:     Excerpts from the Deposition of Carol Harris, October 18, 2010

Exhibit 19:     Excerpts from the Deposition of Danielle Harris, October 20, 2010

Exhibit 20:     Excerpts from the Deposition of Shannon Henderson, October 20, 2010

Exhibit 21:     Excerpts from the Deposition of Shannon Henderson, December 15, 2010

Exhibit 22:     Excerpts from the Deposition of Kenneth Hobbs, Jr., October 14, 2010

Exhibit 23:     Excerpts from the Deposition of Kenneth Hobbs, Jr., December 16, 2010

Exhibit 24:     Excerpts from the Deposition of Dwayne Holmes, October 13, 2010

Exhibit 25:     Excerpts from the Deposition of Dwayne Holmes, October 21, 2010

Exhibit 26:     Excerpts from the Deposition of Dwayne Holmes, February 16, 2012

Exhibit 27:     Excerpts from the Depositions of Cassandra Hunter, October 21, 2010 and December 16, 2010

Exhibit 28:     Excerpts from the Deposition of Retonia Miller, January 19, 2011

Exhibit 29:      Excerpts from the Deposition of Christopher Pedde, December 14, 2010

Exhibit 30:      Excerpts from the Deposition of Angela Pittman, October 19, 2010

Exhibit 31:      Excerpts from the Deposition of Walter Porter, Jr., October 22, 2010

Exhibit 32:      Excerpts from the Deposition of Jacob Profit, Sr., October 20, 2010

Exhibit 33:      Excerpts from the Deposition of Leroy Robinson, July 15, 2010

Exhibit 34:      Excerpts from the Deposition of Leroy Robinson, January 20, 2011

Exhibit 35:      Excerpts from the Deposition of Marsena Rochelle, October 21, 2010

Exhibit 36:      Excerpts from the Deposition of Sandra Roundtree, October 21, 2010

Exhibit 37:      Excerpts from the Deposition of Karen Sappington, December 15, 2010

Exhibit 38:      Excerpts from the Deposition of Bruce Seeling, December 14, 2010

Exhibit 39:      Excerpts from the Deposition of Lisa Smith, July 16, 2010

Exhibit 40:      Excerpts from the Deposition of Lisa Smith, January 20, 2011

Exhibit 41:      Excerpts from the Deposition of Karen Springs, December 16, 2010

Exhibit 42:      Excerpts from the Deposition of Karen Springs, December 14, 2011

Exhibit 43:      Excerpts from the Deposition of Ed Streeter, March 12, 2010

Exhibit 44:      Excerpts from the Deposition of Ed Streeter, March 2, 2011

Exhibit 45:     FS000233 - 000282 (First Student Employee Handbook, Dec. 7, 2007)

Exhibit 46:     FS000283 - 000346 (First Student Employee Handbook, July 2008)

Exhibit 47:     FS000347 - 000414 (First Student Employee Handbook, July 2009)

Exhibit 48:     FS000415 - 000433 (Collective Bargaining Agreement) (CONFIDENTIAL MATERIAL - To be filed separately under seal subject to the parties' Joint Stipulation [Dkt. No. 66].)

Exhibit 49:     FS000493, FS/DOUGLAS (CONF) 018246 - 018247, 018242 - 018243 (Exemplars of Route Sheets) (CONFIDENTIAL MATERIAL - To be filed separately under seal subject to the parties' Joint Stipulation [Dkt. No. 66].)

Exhibit 50:     FS001400 - 001458 (Student Transportation Contract between Little Rock School District and Laidlaw, 2003-2008)  (CONFIDENTIAL MATERIAL - To be filed separately under seal subject to the parties' Joint Stipulation [Dkt. No. 66].)

Exhibit 51:     FS001459 - 001514 (Student Transportation Contract between Little Rock School District and First Student, 2009-2013)  (CONFIDENTIAL MATERIAL - To be filed separately under seal subject to the parties' Joint Stipulation [Dkt. No. 66].)

Exhibit 52:     FS088775 (Exemplar of Routing Concern Sheets) (CONFIDENTIAL MATERIAL - To be filed separately under seal subject to the parties' Joint Stipulation [Dkt. No. 66].)

Exhibit 53:     FS009098 - 009100 (Exemplars of Field Trip Tickets) (CONFIDENTIAL MATERIAL - To be filed separately under seal subject to the parties' Joint Stipulation [Dkt. No. 66].)

Exhibit 54:     FS012826 - 012827 (Exemplar of Late Care Trip Tickets) (CONFIDENTIAL MATERIAL - To be filed separately under seal subject to the parties' Joint Stipulation [Dkt. No. 66].)

Exhibit 55:     FS017402 - 017410 (Exemplars of Driver Vehicle
                Inspection Reports)  (CONFIDENTIAL MATERIAL - To
                be filed separately under seal subject to the parties' Joint
                Stipulation [Dkt. No. 66].)

Exhibit 56:     FS/DOUGLAS (CONF) 020004, 020023 - 020024,
                021462, and 021858 (Exemplars of Payroll Spreadsheets)
                (CONFIDENTIAL MATERIAL - To be filed separately
                under seal subject to the parties' Joint Stipulation [Dkt. No.
                66].)

Exhibit 57:     FS083150 - 083152 (Exemplars of Metro Trip Tickets)
                (CONFIDENTIAL MATERIAL - To be filed separately
                under seal subject to the parties' Joint Stipulation [Dkt. No.
                66].)

Exhibit 58:     FS218129 - 218520 (Exemplars of Driver Route Exception
                Forms)  (CONFIDENTIAL MATERIAL - To be filed
                separately under seal subject to the parties' Joint Stipulation
                [Dkt. No. 66].)

Exhibit 59:     FS255787 - 255850 (First Student Employee Handbook,
                July 2010)

Exhibit 60:     FS255877 - 255953 (Exemplars of Standard Hours Report
                Forms)

Exhibit 61:     FS258148 (Letter from Karen Springs to Ed Streeter,
                November 24, 2009)

Exhibit 62:     MJ000305 (Laidlaw Directive 98-09-14)

Exhibit 63:     MJ000715 (Screen Shot of Ebranch Terminal Output
                Screen on September 1, 2010, Taken by Opt-In Plaintiff
                Mary Jones)

Exhibit 64:     Exemplars of Athletic Trip Tickets

Exhibit 65:     Exemplars of DVIR Reports

Exhibit 66:     Exemplar of Ebranch Data  (CONFIDENTIAL
                MATERIAL - To Be filed separately under seal subject to
                the parties' Joint Stipulation [Dkt. No. 66].)

Exhibit 67:     Email correspondence of February 19, 2010 from Plaintiffs'
                Counsel re: Ebranch

6

Exhibit 68:     Email correspondence of March 10, 2010 from Defense
                Counsel re: Trip Tickets

Exhibit 69:     Email correspondence of March 15, 2010 from Defense
                Counsel re: Ebranch

Exhibit 70:     Email correspondence of March 26, 2010 from Defense
                Counsel re: Ebranch

Exhibit 71:     Email correspondence of March 26, 2010 from Plaintiffs'
                Counsel re: Ebranch

Exhibit 72:     Cover Letter dated on November 1, 2010 from Defense
                Counsel re: Document Production

Exhibit 73:     Meet and Confer letter from Plaintiffs' Counsel dated
                November 3, 2010

Exhibit 74:     Reply Letter from Defense Counsel dated November 12,
                2010

Exhibit 75:     Email correspondence of January 3 - 5, 2011

Exhibit 76:     Email correspondence of January 31, 2011 from Plaintiffs'
                Counsel re: DVIR Reports

Exhibit 77:     Email correspondence of February 7 - 14, 2011

Exhibit 78:     Opt-In Plaintiff Desheryll Clark's Responses and
                Objections to Defendant First Student, Inc.'s Interrogatories
                and Requests for Production of Documents

Exhibit 79:     Opt-In Plaintiff Tracy Clark's Responses and Objections to
                Defendant First Student, Inc.'s Interrogatories and Requests
                for Production of Documents

Exhibit 80:     Opt-In Plaintiff Allen Coleman's Responses and Objections
                to Defendant First Student, Inc.'s Interrogatories and
                Requests for Production of Documents

Exhibit 81:     Opt-In Plaintiff Ella Craig's Responses and Objections to
                Defendant First Student, Inc.'s Interrogatories and Requests
                for Production of Documents

Exhibit 82:     Opt-In Plaintiff Tia Renae Flannigan's Responses and
                Objections to Defendant First Student, Inc.'s Interrogatories
                and Requests for Production of Documents

Exhibit 83:     Opt-In Plaintiff Tremayne Lamar Griffin's Responses
                and Objections to Defendant First Student, Inc.'s
                Interrogatories and Requests for Production of Documents

Exhibit 84:     Opt-In Plaintiff Eric Grimes's Responses and Objections to
                Defendant First Student, Inc.'s Interrogatories and Requests
                for Production of Documents

Exhibit 85:     Opt-In Plaintiff Theresa Howard's Responses and
                Objections to Defendant First Student, Inc.'s Interrogatories
                and Requests for Production of Documents

Exhibit 86:     Opt-In Plaintiff Anthony Johnson's Responses and
                Objections to Defendant First Student, Inc.'s Interrogatories
                and Requests for Production of Documents

Exhibit 87:     Opt-In Plaintiff Ronald Johnson's Responses and
                Objections to Defendant First Student, Inc.'s Interrogatories
                and Requests for Production of Documents

Exhibit 88:     Opt-In Plaintiff Terry McDaniel, Sr.'s Responses and
                Objections to Defendant First Student, Inc.'s Interrogatories
                and Requests for Production of Documents

Exhibit 89:     Opt-In Plaintiff Rodney Moore's Responses and Objections
                to Defendant First Student, Inc.'s Interrogatories and
                Requests for Production of Documents

Exhibit 90:     Opt-In Plaintiff Janice Mosby's Responses and Objections
                to Defendant First Student, Inc.'s Interrogatories and
                Requests for Production of Documents

Exhibit 91:     Opt-In Plaintiff Lisa Nelson's Responses and Objections to
                Defendant First Student, Inc.'s Interrogatories and Requests
                for Production of Documents

Exhibit 92:     Opt-In Plaintiff Natasha Poe's Responses and Objections to
                Defendant First Student, Inc.'s Interrogatories and Requests
                for Production of Documents

Exhibit 93:      Opt-In Plaintiff Pamela Rapier's Responses and Objections to Defendant First Student, Inc.'s Interrogatories and Requests for Production of Documents

Exhibit 94:      Opt-In Plaintiff Jacquelyne Tucker's Responses and Objections to Defendant First Student, Inc.'s Interrogatories and Requests for Production of Documents

Exhibit 95:      Opt-In Plaintiff Tina Undiener's Responses and Objections to Defendant First Student, Inc.'s Interrogatories and Requests for Production of Documents

Exhibit 96:      Opt-In Plaintiff Frank Venson's Responses and Objections to Defendant First Student, Inc.'s Interrogatories and Requests for Production of Documents

Exhibit 97:      Opt-In Plaintiff Johnny Williams's Responses and Objections to Defendant First Student, Inc.'s Interrogatories and Requests for Production of Documents

Exhibit 98:      Plaintiff Nate Douglas's First Request for Production of Documents

Exhibit 99:      Defendant's Proposed Rule 26(f) Report and Scheduling Order (Dkt. No. 43 at 4(d))

Exhibit 100:     Plaintiff Nate Douglas's First Interrogatories to Defendant First Student, Inc.

Exhibit 101:     Plaintiffs' 30(b)(6) Notice for Deposition

Exhibit 102:     Selected Portions of Defendant First Student, Inc.'s Responses and Objections to Plaintiff Nate Douglas's First Interrogatories (Interrogatory Response No. 10)

Exhibit 103:     Selected Portions of Defendant First Student Inc.'s Supplemental Responses and Objections to Plaintiff Nate Douglas's First Interrogatories (Interrogatory Response No. 10)

Exhibit 104:     Defendant First Student, Inc.'s Second Supplemental Responses and Objections to Plaintiff Nate Douglas's First Interrogatories

Exhibit 105:   Defendant First Student, Inc.'s Third Supplemental Responses and Objections to Plaintiff Nate Douglas's First Interrogatories

Exhibit 106:   FS017047 - 017057 (In the Matter of Laidlaw Transit, Inc. Settlement Agreement)

Exhibit 107:   Email Correspondence of December 16 - 17, 2010 between Plaintiffs' Counsel and Defense Counsel

Exhibit 108:   Excerpts from the Deposition of Karen Springs, March, 2 2011

Dated:  February 29, 2012

  /s/ Carolyn H. Cottrell
Carolyn H. Cottrell (*pro hac vice*)
California State Bar No. 166977
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 421-7100
Email: ccottrell@schneiderwallace.com

*Attorney for Plaintiffs*