THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| NATE DOUGLAS, THOMAS DERICO, LISA SMITH, and LEROY ROBINSON, individually and on behalf of all persons similarly situated.<br><br>Plaintiffs,<br><br>v.<br><br>FIRST STUDENT, INC.,<br><br>Defendant. | Civil Action No.: 4:09-cv-0652-BSM |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2012, I electronically filed the following with the Clerk of the Court using the CM/ECF system:

1. **PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23;**

2. **MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23;**

3. **DECLARATION OF CAROLYN H. COTTRELL IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23;**

3. **DECLARATION OF CAROLYN H. COTTRELL IN SUPPORT OF THE ADEQUACY OF CLASS COUNSEL FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23;**

4. **DECLARATION OF C. CHRISTOPHER BROWN IN SUPPORT OF THE ADEQUACY OF CLASS COUNSEL FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23;**

5. **DECLARATION OF SHANON J. CARSON IN SUPPORT OF THE ADEQUACY OF CLASS COUNSEL FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23;**

6. **NOTICE OF FILING COMPREHENSIVE INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23; MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MOTION FOR SPOLIATION SANCTIONS BASED ON DESTRUCTION OF EVIDENCE; AND FOR THE APPLICATION OF *ANDERSON V. MT. CLEMENS POTTERY* BURDEN-SHIFTING AT TRIAL; and**

7. **DECLARATION OF CAROLYN H. COTTRELL AUTHENTICATING EXHIBITS ATTACHED TO NOTICE OF FILING COMPREHENSIVE INDEX OF EVIDENCE.**

I further certify that on March 1, 2012, notification of the filing of the foregoing documents with the Clerk of Court using the CM/ECF system was sent to the following:

| | |
|---|---|
| Justin R. Barnes | barnesjr@jacksonlewis.com |
| Clint J. Brayton | cbrayton@schneiderwallace.com |
| C. Christopher Brown | ccb@browngold.com |
| John L. Burnett | jburnett@laveyandburnett.com |
| Shanon J. Carson | scarson@bm.net |
| Carolyn H. Cottrell | ccottrell@schneiderwallace.com |
| Brooke E. Lierman | blierman@browngold.com |
| Eric R. Magnus | magnuse@jacksonlewis.com |
| Stephen X. Munger | mungers@jacksonlewis.com |
| L. Dale Owens | owensd@jacksonlewis.com |
| Sarah Schalman-Bergen | sschlman-bergen@bm.net |
| Todd M. Schneider | tschneider@schneiderwallace.com |
| Gregory L. Smith, Jr. | smithg@jacksonlewis.com |
| Paul D. Waddell | pwaddell@barrettdeacon.com |

Dated: March 1, 2012                                    Respectfully submitted,

  /s/ Carolyn H. Cottrell
Carolyn H. Cottrell (*pro hac vice*)
California Bar Number 166977
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104-4207
Telephone:  (415) 421-7100
Email: ccottrell@schneiderwallace.com

*Attorney for Plaintiffs*