# Exhibit 55, Litigation Hold Notice and Distribution List

PRIVILEGED AND CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT



## Litigation Hold Order

**VIA E-MAIL – READ RECEIPT REQUESTED**

To:             See Distribution List, Attachment A

From:           Laura Essary, Paralegal

Cc:             Linda Bell, President, First Student
                Steve Hemmerlein, Senior Vice President, First Student
                Dean Suhre, Chief Financial Officer, First Student
                Bev Wyckoff, Senior Vice President and General Counsel
                Al Muglach, Region Vice President, First Student
                Tom Secrest, Director, Corporate Labor Relations, First Student
                Ben Hood, Associate General Counsel
                Tylor Lasley, Technical Support Analyst

Issue Date:     August 18, 2009

Matter/Case name:   **Nate Douglas, Thomas Derico, Lisa Smith and Leroy Robinson vs. First Student, Inc.**
                    **United States District Court, Eastern District of Arkansas**
                    **Civil Action No. 4-09-CV0652 SW**

First Student, Inc. has been named as a defendant in the above referenced lawsuit. This memorandum is to provide an explanation of your and First Student's obligation to preserve evidence, as required by applicable law, in conjunction with the above-referenced lawsuit.

   **Description of Matter/Case:** Plaintiffs have filed a class/collective action lawsuit against First Student alleging violations of state and federal wage payment laws, including the Fair Labor Standards Act (FLSA). They allege that First Student failed to keep accurate records of all hours worked by Plaintiffs and additionally failed to compensate Plaintiffs for all hours and overtime worked. They are seeking unpaid wages and unpaid overtime wages, as well as liquidated damages and attorneys fees.

**WE ARE INSTRUCTING YOU TO IMMEDIATELY PRESERVE ALL RELEVANT INFORMATION RELATING TO THIS MATTER FROM THIS DATE FORWARD. INFORMATION RELATING TO THIS LAWSUIT IS SUBJECT TO THIS HOLD ORDER REGARDLESS OF WHETHER IT APPEARS IN PAPER, ELECTRONIC OR OTHER FORMAT, AND REGARDLESS OF WHETHER IT IS KEPT IN COMPANY FILES OR IN INDIVIDUAL OFFICES OR PERSONAL FILES. PLEASE TAKE STEPS TO DISCONTINUE ANY PRACTICE (AUTOMATIC OR OTHERWISE) THAT WOULD RESULT IN THE DESTRUCTION OR DELETION OF ANY RELEVANT DOCUMENTS.**

To assist you in determining what may be relevant to this lawsuit, the following is a non-exclusive list of documents to be saved in this matter:

- All documents concerning or pertaining to Nate Douglas, Thomas Derico, Lisa Smith, and Leroy Robinson's employment with First Student.

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**
**ATTORNEY WORK PRODUCT**



- Documents concerning all payroll records for Nate Douglas, Thomas Derico, Lisa Smith, Leroy Robinson and all other current and former drivers and dispatchers at the Little Rock, Arkansas terminal.
- All time cards, time sheets, overtime records and time clock records ("punch in" or handwritten) pertaining to Nate Douglas, Thomas Derico, Lisa Smith, Leroy Robinson and all other current and former drivers and dispatchers at the Little Rock, Arkansas terminal.
- Any driver logs, drivers' schedules, dispatcher schedules, charter logs, daily operations logs, break operator sheets and route sheets for Nate Douglas, Thomas Derico, Lisa Smith, Leroy Robinson and all other current and former drivers and dispatchers at the Little Rock, Arkansas terminal.
- Any and all "clock in" policies that pertain to the Little Rock, Arkansas terminal and all policies that pertain to the FLSA classification of employees at the Little Rock, Arkansas terminal.
- Any and all policies, corporate or local, pertaining to the a.m. and p.m. bus runs, as well as any and all policies pertaining to the athletic, charter and field trip runs from the Little Rock, Arkansas terminal.
- Any and all policies pertaining to the payment of drivers and dispatchers for morning, afternoon and evening shifts, as well as athletic, charter and field trip runs from the Little Rock, Arkansas terminal.
- Any and all policies pertaining to the payment of wages, overtime wages and calculation of hours worked for employees at the Little Rock, Arkansas terminal.
- Any and all documents reflective of corporate and local practices pertaining to any of the foregoing matters at the Little Rock, Arkansas terminal.
- Any and all e-mail messages, all meta-data in all electronic records, letters, memos and spreadsheets sent or received, regarding the above categories.

Note that First Student is not being asked to produce any documents or electronically stored information ("ESI") at this time; we are only asking you to identify what documents and ESI you have, retain the documents and ESI and not destroy such documents and ESI. **Please review and fill out the attached Hold Order Response Form identifying any documents and ESI you may have that would be subject to this hold order and return to Laura Essary at Laura.Essary @firstgroup.com within seven (7) days of receipt of this Hold Order.** If you are aware of any relevant documents being stored off-site, you should also indicate this on your Hold Order Response Form. If we are requested to produce documents or ESI in the litigation discovery process, or if we need to review such documents and ESI to further investigate these claims, we will contact you to identify materials for review and production, if appropriate.

This is a confidential communication and the substance of this communication, or this notice itself, should not be shared with anyone who is not listed on the Distribution List. If you are aware of any other people not identified in the distribution list who are known or suspected by you to have relevant material in their possession, custody or control, please contact Ben Hood in the Legal Department at ben.hood@firstgroup.com or (513) 419-8501so we can determine whether we should provide them with a copy of this notice.

If you are contacted by any person regarding these matters please do not comment, and forward any inquiries to either Ben Hood or Laura Essary in the Legal Department. Thank you for your cooperation.

**PRIVILEGED AND CONFIDENTIAL**

**PRIVILEGED AND CONFIDENTIAL**
**ATTORNEY-CLIENT COMMUNICATION**
**ATTORNEY WORK PRODUCT**



## ATTACHMENT A

DISTRIBUTION LIST

Rick Vilines, Senior Vice President, Human Resources, First Student

Frank Gottschall, Vice President, Benefits/HRIS/Payroll, FGA

Tony Vidrine, Region Operations Manager, Operations, First Student

Ken Hobbs, Routing Supervisor, Operations, First Student

Ed Streeter, Contract Manager, Operations, First Student

Sheila Carter, Office Manager, Operations, First Student

Shannon Henderson, Payroll Coordinator, Operations, First Student

Corey Hemphill, Payroll Specialist, Payroll and Benefits, FGA

Thomas Sherman, Payroll Lead, Payroll and Benefits, FGA

**PRIVILEGED AND CONFIDENTIAL**