IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NATE DOUGLAS, THOMAS DERICO,**                                              **PLAINTIFFS**
**LISA SMITH, AND LEROY ROBINSON,**
**Individually and on Behalf of all Persons Similarly Situated**

**v.**                               **CASE NO. 4:09CV00652 BSM**

**FIRST STUDENT, INC.**                                                       **DEFENDANT**

## ORDER

The judgment entered today [Doc. No. 258] is hereby set aside and the Clerk is directed to reopen the case pending resolution of the plaintiffs' claims for attorneys' fees.

IT IS SO ORDERED this 2nd day of July 2013.

_____
UNITED STATES DISTRICT JUDGE