IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| NATE DOUGLAS, THOMAS DERICO, LISA SMITH, and LEROY ROBINSON, individually and on behalf of all persons similarly situated, | : : : : | Civil Action No. 4:09-CV-0652-BSM |
| Plaintiffs, | : : | |
| v. | : : | |
| FIRST STUDENT, INC., | : : | |
| Defendant. | : : : | |

**STIPULATION REGARDING FILING**
**MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs Nate Douglas, Thomas Derico, Lisa Smith, and Leroy Robinson (collectively "Plaintiffs") and Defendant First Student, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate and agree that Plaintiffs will petition the Court for recovery of attorneys' fees and costs (hereinafter referred to as "fee petition") incurred in the above entitled case following the conclusion of the related cases *Thomas Abbott, et al. v. First Student Inc.*, Case No. 4:12-CV-00726 BSM and *Alonzo Bennett, et al. v. First Student Inc.*, Case No. 4:12-CV-00798 BSM.  In so stipulating, both parties preserve all substantive arguments for and against said fee petition, as contemplated by the Settlement Agreement.  However, Defendant First Student Inc. agrees that by so stipulating, it waives any arguments challenging the timeliness of said fee petition as long as the fee petition is timely filed in the *Abbott* and *Bennett* cases.

In support thereof, the parties state as follows:

1.      On July 2, 2013, the Court determined that the proposed settlement agreement in

the above entitled case was fair and approved the settlement.  Dkt. 257.

2.     As part of the settlement agreement, the parties agreed that the settlement did not address or resolve any issues as to any of Derico, Robinson, Smith, Douglas, and/or their counsel's claims for an award of attorneys' fees or reimbursement of expenses as a prevailing party pursuant to the Fair Labor Standards Act and/or the Arkansas Minimum Wage Act.

3.     As part of the settlement agreement, the parties further agreed that they each reserve their respective rights on all such issues, except that First Student and/or its counsel will not dispute that Derico, Robinson, Smith and Douglas are "prevailing parties," within the meaning of the applicable law under the FLSA and AMWA only as to their respective individual personal claims to the extent of the amounts they obtain under the court-approved settlement.

4.     On July 2, 2013, the Court ordered that, in light of the settlement, the case be dismissed.  Dkt. 258.

5.     On July 2, 2013, the Court directed the Clerk to reopen the case pending resolution of the plaintiffs' claims for attorneys' fees and costs.  Dkt. 259.

6.     The parties have since met and conferred regarding the timing for Plaintiffs to file their fee petition, and have agreed to defer the briefing on the fee petition until the conclusion of the previously referenced related cases.

Respectfully submitted this 16th day of September, 2013.

| | |
|---|---|
| */s/ Carolyn H. Cottrell* | */s/ Justin R. Barnes* |
| **Todd M. Schneider** | **L. Dale Owens** |
| **Carolyn H. Cottrell** | **Justin R. Barnes** |
| SCHNEIDER WALLACE | JACKSON LEWIS LLP |
| COTTRELL KONECKY LLP | 1155 Peachtree Street |
| 180 Montgomery St., Suite 2000 | Suite 1000 |
| San Francisco, CA 94014 | Atlanta, Georgia  30309-3600 |
| | |
| **Shanon J. Carson** | **Paul D. Waddell** |
| **Sarah R. Schalman-Bergen** | WADDELL, COLE & JONES, P.A. |

2

BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103

**C. Christopher Brown**
**Brooke Lierman**
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202

**John L. Burnett, Jr.**
LAVEY & BURNETT
904 W. 2nd St.
Little Rock, AR 72201

ATTORNEYS FOR PLAINTIFFS

Union Planters Bank Building
300 South Church Street
P.O. Box 1700
Jonesboro, Arkansas  72403

ATTORNEYS FOR DEFENDANT